## THE STATE *v.* PEDEN, in Error.

AN indictment charged the defendant with having, by shooting, maliciously wounded and injured a young mare, the property of *A.*, of the value of 80 dollars. *Held*, that the indictment was bad, under the statute, for not stating the amount of damages occasioned by the injury complained of.